**FEDERAL DEFENDER PROGRAM, INC.**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SUITE 1700, THE EQUITABLE BUILDING
100 PEACHTREE STREET N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

*TELEPHONE*
404 688-7530
800 688-7538
FAX
404 688-0768

May 15, 2007

Mr. Rick Goss
Courtroom Deputy
 to the Honorable Richard W. Story
2121 United States Courthouse
75 Spring Street
Atlanta, GA  30303

      Re:    <u>United States v. Keith Garner</u>
            Criminal Action No.: 1:06-CR-472-RWS-GGB

Dear Mr. Goss:

    I write pursuant to Local Rule 57.1E(4) to request a leave of absence.  I would ask that this case not be placed on a calendar between:

    **May 28 - June 1, 2007** (Annual Federal Defender Conference) and
    **July 23 - August 5, 2007** (Family Vacation)

    Thank you for considering my request in this matter.

                                          Very truly yours,

                                          Jake Waldrop
                                          Senior Staff Attorney

JW/br

cc:    AUSA Paul Monnin
       Diana DePina